1  **WO**                     NOT FOR PUBLICATION

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE DISTRICT OF ARIZONA**

8

9  Van Go LLC,                          No. CV-16-00054-PHX-JJT

10                Plaintiff,            **ORDER**

11  v.

12  Deborah D. Potts, *et al.*,

13                Defendants.

14

15       At issue is Defendants' Motion for Reconsideration of this Court's Order denying

16  their Motion to Dismiss (Doc. 20, Mot.). Because the Court will deny the Motion, the

17  Court did not await a Response from Plaintiff. Motions for reconsideration should be

18  granted only in rare circumstances. *Defenders of Wildlife v. Browner*, 909 F. Supp. 1342,

19  1351 (D. Ariz. 1995). A motion for reconsideration is appropriate where the district court

20  "(1) is presented with newly discovered evidence, (2) committed clear error or the initial

21  decision was manifestly unjust, or (3) if there is an intervening change in controlling

22  law." *School Dist. No. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th

23  Cir. 1993). Mere disagreement with a previous order is an insufficient basis for

24  reconsideration. *See Leong v. Hilton Hotels Corp.*, 689 F. Supp. 1572, 1573 (D. Haw.

25  1988). A motion for reconsideration "may not be used to raise arguments or present

26  evidence for the first time when they could reasonably have been raised earlier in the

27  litigation." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). Nor

28  may a motion for reconsideration repeat any argument previously made in support of or

1    in opposition to a motion. *Motorola, Inc. v. J.B. Rodgers Mech. Contractors, Inc.*, 215

2    F.R.D. 581, 586 (D. Ariz. 2003).

3          As Defendants present no newly discovered evidence or any intervening change in

4    controlling law, the Court construes their Motion as one based on the assertion that the

5    Court has committed clear error in denying their Motion to Dismiss. Defendants

6    challenge the Court's finding that the allegations support an inference that Plaintiff's

7    delayed discovery of the alleged fraud was reasonable. Defendants argue that the Court

8    conflates "Plaintiff" with "Showcase Honda," and the focus should be when Showcase

9    discovered the alleged fraud, not the Plaintiff. (Mot. at 2.) The Court is unpersuaded by

10   Defendants' argument. In the Order denying the Motion to Dismiss, the Court cites

11   Plaintiff's allegations that Mrs. Potts's concealment may have prevented Showcase from

12   discovering the alleged fraud. The Court then concludes that this allegation supports the

13   inference that Plaintiff's delayed discovery was reasonable. Whether Plaintiff (as

14   assignee of Showcase's rights) or Showcase discovered the fraud, the Court's analysis

15   and conclusion is the same.

16         Defendants further challenge the Court's conclusion that Arizona's economic loss

17   rule does not apply in this case. Defendants argue that the parties have a contract and,

18   citing *Flagstaff Affordable Housing Limited Partnership v. Design Alliance, Inc.*, 223

19   P.3d 664 (Ariz. 2010), Arizona's economic loss rule applies. (Mot. at 5–9.) As stated in

20   the Court's Order denying the Motion to Dismiss, whether there is a contract between the

21   parties need not be decided. In consideration of both contract and tort law policies, as

22   instructed by the Arizona Supreme Court in *Flagstaff*, this case is not a situation where

23   Arizona's economic loss rule applies. The Court directly addressed the balance of

24   Defendants' arguments in its Order denying the Motion to Dismiss and will not

25   re-address them here.

26   ///

27   ///

28   ///

1    IT IS ORDERED denying Defendants' Motion for Reconsideration (Doc. 20).

2    Dated this 27th day of June, 2016.

3

4    _____

5    Honorable John J. Tuchi
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28